UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA MILLER, MADELYN
MIRABILE, MILLIE BENETT,
LYNETTE MARMOLEJO,
SALVATORE RIZZOTO, AMBER
SESTA, AMY CAMINERO,
and ANNA WARRANT, individually
and on behalf of others similarly situated,

    Plaintiffs,

vs.                            Case No. 8:20-cv-00912-CEH-TGW

CREATIVE HAIRDRESSERS, INC.,
RATNER COMPANIES, L.C. and
DENNIS RATNER, individually,

    Defendants,
_____/

## NOTICE OF SETTLEMENT

      Plaintiffs, ANGELA MILLER, MADELYN MIRABILE, MILLIE BENNETT, LYNETTE MARMOLEJO, SALVATORE RIZZOTO, AMBER SESTA, AMY CAMINERO, and ANNA WARREN hereby notify the Court that they have reached an agreement to resolve the claims against Defendant DENNIS RATNER in the above-referenced matter and will promptly submit the requisite agreement and motion for approval.

                                                        FLORIN GRAY BOUZAS OWENS, LLC

                                                        */s/Wolfgang M. Florin*
                                                        Wolfgang M. Florin
                                                        Florida Bar No.: 907804
                                                        wolfgang@fgbolaw.com
                                                        Christopher D. Gray
                                                        Florida Bar No.: 902004
                                                        Chris@fgbolaw.com
                                                        16524 Pointe Village Drive, Suite 100
                                                        Lutz, FL 33558
                                                        Telephone (727) 254-5255

                                            Facsimile (727) 483-7942
                                            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                          FLORIN GRAY BOUZAS OWENS, LLC

                                          /s/*Wolfgang M. Florin*